IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOKIA CORPORATION and<br>INTELLISYNC CORPORATION,<br><br>         PlaintiffS,<br><br>   v.<br><br>APPLE INC.,<br><br>         Defendant. | )<br>)<br>)<br>)<br>)  C.A. No. 11-259 (GMS)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AND ORDER

WHEREAS, the parties have agreed to terms and conditions representing a settlement of this action and have set forth those terms and conditions in a settlement agreement.

IT IS HEREBY STIPULATED AND AGREED, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and between the parties, through their undersigned counsel of record:

1. The claims and counterclaims between the parties are hereby voluntarily dismissed in their entirety without prejudice; and

2. Each party shall bear its own attorneys' fees and costs.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER, ANDERSON & CORROON LLP |
| */s/ Rodger D. Smith II* | */s/ Richard L. Horwitz* |
| Jack B. Blumenfeld (#1014)<br>Rodger D. Smith II (#3778)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>rsmith@mnat.com | Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE  19899<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potternanderson.com |
| *Attorneys for Nokia Corporation and Intellisync Corporation* | *Attorneys for Apple Inc.* |

SO ORDERED this \_\_\_ day of June 2011.

_____
United States District Court Judge